# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:**                                **Trustee:**   (420470)   Timothy J. Miller

**Case Name:**    KEELER, PETER              **Filed (f) or Converted (c):**   05/03/11 (f)

                                                  **§341(a) Meeting Date:**   06/08/11

**Period Ending:** 07/15/11                        **Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   TCF Business Checking #4862<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | DA | 0.00 | FA |
| 2   PNC Checking #2381<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 355.00 | DA | 0.00 | FA |
| 3   Sofa, Loveseat, Tables, Chairs, Bedroom Sets<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4   Clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5   Wedding Band<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 130.00 | 0.00 | DA | 0.00 | FA |
| 6   Watch<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 7   Ruger .22 Rifle<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 25.00 | 0.00 | DA | 0.00 | FA |
| 8   Winchester 30/30 Rifle<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 9   870 Pump Shotgun<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 10   2005 Chevy Silverado 80,000 Miles<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 11   2002 Kubota B21 Tractor 1000 hrs<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 12   24' PJ. Trailer | 1,000.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:**  **Trustee:** (420470) Timothy J. Miller
**Case Name:** KEELER, PETER  **Filed (f) or Converted (c):** 05/03/11 (f)
  **§341(a) Meeting Date:** 06/08/11
**Period Ending:** 07/15/11  **Claims Bar Date:**

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 2002 John Deere Gator Tractor 200 hrs  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 3,545.00 | | 0.00 | 4,000.00 |
| 14 | Work Tools  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Assets  Totals (Excluding unknown values) | **$21,555.00** | **$3,900.00** | | **$0.00** | **$4,000.00** |

**Major Activities Affecting Case Closing:**

06/09/11 possible asset

**Initial Projected Date Of Final Report (TFR):** May 23, 2012    **Current Projected Date Of Final Report (TFR):** May 23, 2012